**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

  **v.**           Case No. 12-cr-93-PB

**Alvaro Rivera-Pedrego**


## O R D E R


The defendant has moved to continue the February 5, 2013 trial in the above case, citing the need for additional time to prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from February 5, 2013 to March 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 17, 2012 final pretrial conference is
continued to February 19, 2013 at 3:00 p.m.  No further
continuances.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 10, 2012

cc:  Donald Feith, AUSA
     Bjorn Lange, Esq.
     United States Marshal
     United States Probation